DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| | | | |
|---|---|---|---|
| 422P14 | Paula K. Gregory, Administratrix of the Estate of Daryl Tyrone Gregory, Jr. v. Old Republic Home Protection Company, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1439) | Denied |
| 430P14 | Lamar Alphonso Mack v. Erwin Carmichael, Roy Cooper, and State of North Carolina | 1. Petitioner's *Pro Se* Motion for Notice and<br><br>2. Petition for Joinder of Claims Seeking Inquiry into Restraints on Liberty | 1. Dismissed<br><br>2. Dismissed |
| 434P14 | State v. Anthony Scott | Def's PDR Under N.C.G.S. § 7A-31 (COA14-450) | Denied |
| 436P14 | State v. Matthew Hagert Salentine | Def's PDR Under N.C.G.S. § 7A-31 (COA14-63) | Denied |
| 438P14 | State v. Sergio M. Borrayo | Def's *Pro Se* Motion for PDR (COAP14-819) | Dismissed |
| 440P14 | State v. Joshua Winkler | 1. State's Motion for Temporary Stay (COA14-442)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/04/2014**<br><br>2. Allowed<br><br>3. Allowed |
| 441P14 | Helena Marjorie Safron v. Mary Elaine Council | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-288) | Denied |
| 442P14 | State v. Travis Markee Lennon | 1. State's Motion for Temporary Stay (COA14-354)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/05/2014** Dissolved **04/09/2015**<br><br>2. Denied<br><br>3. Denied |
| 449P11-11 | State v. Charles Everette Hinton | 1. Petitioner's *Pro Se* Motion for Notice<br><br>2. Petitioner's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed<br><br>2. Denied |
| 451P14-2 | State v. Kevin Kennedy Gilchrest | Def's *Pro Se* Motion to Dismiss | Dismissed |